Cite as 2014 Ark. 121



# SUPREME COURT OF ARKANSAS

IN RE ARKANSAS SUPREME COURT
COMMITTEE ON CRIMINAL
PRACTICE

**Opinion Delivered** March 13, 2014

## PER CURIAM

Casey Castleberry, Esq., of Batesville, Samuel Pasthing, Esq., of Flippen, and Brent Standridge, Esq., of Benton are appointed to our Committee on Criminal Practice for three-year terms to expire on January 31, 2017. We thank these new members for accepting appointment to this important committee.

We express our gratitude to Judge Sam Pope, Judge Olly Neal, and David Gibbons, whose terms have expired, for their service to the committee.

We also note the retirement of Professor Scott Stafford as the reporter for the committee. He served the committee in that role for many years, as well as previous service as a regular member. His scholarship will be greatly missed, and we extend our sincere appreciation for his years of dedicated service.